## WILLIAM F. BAKER ET AL. *v.* ROBERT S. WIMBROW ET AL.

*Time of Exception—Submission of Bill of Exceptions.*

Where a rule of court requires that every exception taken to a ruling be noted at the time of the ruling, and the ground of the exception stated, an exception taken thirty-three days after the ruling cannot be considered.

The power of a court to grant an extension of time for the submission of the bill of exceptions for the court's signature does not include a power to reopen and extend the time, allowed by a rule of the court, after its expiration.

*Decided April 30th, 1927.*

Appeal from the Circuit Court for Worcester County (DUER, J.).

Action by William F. Baker and others against Robert S. Wimbrow and others. From a judgment for defendants, plaintiffs appeal. Appeal dismissed.

The cause was submitted on briefs to BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Johnson & Johnson,* for the appellants.

*F. Leonard Wailes, Carroll E. Bounds,* and *Woodcock & Webb,* for the appellees.

BOND, C. J., delivered the opinion of the Court, dismissing the appeal.